UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THORIN PETRI,

    Plaintiff,

No. C 11-5277 PJH

**ORDER TO SHOW CAUSE**

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

On October 31, 2011, plaintiff, who is represented by counsel, filed this appeal from a decision by the Commissioner of Social Security. Defendant answered on February 7, 2012. The court subsequently granted plaintiff three extensions of time in which to file his motion for summary judgment as required by Civil Local Rule 16-5. The last "final" extension ordered that plaintiff file his motion **no later than July 5, 2012.** Plaintiff did not do so.

Plaintiff is hereby ordered to file his motion for summary judgment and to show cause regarding why he failed to file and serve his motion **no later than August 8, 2012**. Plaintiff is advised that if he fails to respond to this court's order and to file his motion, his appeal will be dismissed with prejudice with no further hearing or briefing.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge