1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  THORIN PETRI,                                Civil No.:  C 11-5277 PJH

13          Plaintiff,                           STIPULATION IN SUPPORT OF
                                                 PLAINTIFF'S DISMISSAL OF
14      vs.                                      COMPLAINT  AND ORDER

15  MICHAEL J. ASTRUE, Commissioner of Social

16  Security,

17          Defendant

18

19      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20  approval of the Court, that plaintiff Thorin Petri dismisses the Complaint in the above-captioned

21  case, each party to bear its own fees, costs, and expenses.

22

23

24  Dated:  August 8, 2012              /s/ Kenneth J. Collins
                                        KENNETH J. COLLINS
25                                      Attorney for Plaintiff

-2-

|   |   |
|---|---|
| Dated: August 9. 2012 | MELINDA L. HAAG<br>United States Attorney<br><br>*s/ Armand D. Roth*<br>ARMAND D. ROTH<br>Special Assistant United States Attorney<br>(as authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/10/12

PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA